# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00536-CR

**Stevie Dwayne Williams, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-18-1091-D, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Counsel for appellant has filed a motion to withdraw as counsel because her change in employment requires her to withdraw. We grant the motion to withdraw, abate the appeal, and remand the case to the trial court to appoint substituted counsel to represent appellant on appeal. Further, the trial court shall order the appropriate supplemental clerk's record to be prepared and forwarded to this Court no later than March 30, 2023.

It is so ordered February 28, 2023.

Before Chief Justice Byrne, Justices Triana and Theofanis

Abated and Remanded

Filed: February 28, 2023

Do Not Publish